AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ANDRE NORWOOD TAYLOR,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

UNITED STATES OF AMERICA,

CASE NUMBER: CV119-168
(Formerly CR116-54)

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 5th day of August 2020, adopting the

Report and Recommendation of the Magistrate Judge as the opinion of the Court; denying

Petitioner's motion filed pursuant to 28 U.S.C. § 2255; and denying Certificate of Appealability;

Petitioner is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of the

Respondent, and this case stands closed.

8/5/2020

*Date*

John E. Triplett, Acting Clerk

*Clerk*



*Candy Asbell*

*(By) Deputy Clerk*

GAS Rev 10/1/03